

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Garnier<br><br>　　　　　　　　　　　Plaintiff,<br>V.<br>Poway Unified School District; Poway Unified School District Board of Education; John Collins; DOES 1 through 50, inclusive<br>　　　　　　　　　　　Defendant. | Civil Action No.   16cv2630-LAB-AGS<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the court grants the defendant's motion to dismiss (See ECF No. 4).

Date:　　　8/8/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ L. Fincher
　　　　　　　　　　　　L. Fincher, Deputy