# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GARNIER,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>POWAY UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 16cv2630-LAB (AGS)<br><br>**ORDER DENYING MOTION FOR SANCTIONS** |

Poway Unified asks for sanctions against Cory Briggs, Garnier's attorney, for filing a motion for reconsideration under Fed. R. Civ. P. 60. When an attorney "multiplies the proceedings in any case unreasonably and vexatiously," courts may require him to pay costs and fees. 28 U.S.C. § 1927. Garnier told Briggs he failed to file an opposition on time because his previous lawyer told him the wrong deadline. It was reasonable for Briggs to file a motion for reconsideration based on this fact. Although the Court found his arguments unpersuasive, Briggs didn't engage in sanctionable conduct or bad faith. He filed a concise, five-page motion asking the Court to reconsider his client's case since it wasn't dismissed on the merits. The motion for sanctions is **DENIED**.

**IT IS SO ORDERED**.

DATED: January 26, 2018

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge